THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:20-CR-282 |
| | : (JUDGE MARIANI) |
| SCOTT MARINELLI, | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS __16th__ DAY OF AUGUST 2022, upon consideration of Defendant Scott Marinelli's Motion for Bill of Particulars (Doc. 67) and Motion for Production of Evidence Under *Brady Giglio* Pertaining to Guilt/Innocence or Sentencing Phases (Doc. 69) and all relevant documents, and for the reasons set forth in this Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Bill of Particulars (Doc. 67) is **DENIED.**

2. Defendant's Motion for Production of Evidence Under *Brady Giglio* Pertaining to Guilt/Innocence or Sentencing Phases (Doc. 69) is **DENIED.**

Robert D. Mariani
United States District Judge