THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,             :
                                      :
        v.                            :   3:20-CR-282
                                      :   (JUDGE MARIANI)
SCOTT MARINELLI,                      :
                                      :
            Defendant.                :

## ORDER

AND NOW, THIS ___17th___ DAY OF AUGUST 2022, for the reasons set forth in this

Court's accompanying Memorandum Opinion and upon consideration of Defendant's Motion

to Suppress Evidence (Doc. 65) and all relevant documents, **IT IS HEREBY ORDERED**

**THAT** Defendant's Motion to Suppress (Doc. 65) is **DENIED**.


Robert D. Mariani
United States District Judge